IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYLAND DEE KIRKLAND,

    Petitioner,                          No. CIV S-07-0507 FCD EFB P

    vs.

C.E. FINN,

    Respondent.                       ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed *in forma pauperis*. Examination of the application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application is granted. *See* 28 U.S.C. § 1915(a).

    Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Petitioner's application to proceed *in forma pauperis* is granted;

    2. Respondents are directed to file a response to petitioner's habeas petition within thirty days from the date of this order. *See* Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the

1 | petition.  *See* Rule 5, Fed. R. Governing § 2254 Cases;

2 |     3.  If the response to the habeas petition is an answer, petitioner's reply, if any, shall be
3 | filed and served within thirty days after service of the answer;

4 |     4.  If the response to the habeas petition is a motion, petitioner's opposition or statement
5 | of non-opposition to the motion shall be filed and served within thirty days after service of the
6 | motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter;
7 | and

8 |     5.  The Clerk of the Court shall serve a copy of this order together with a copy of the
9 | petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell,
10 | Senior Assistant Attorney General.

11 | DATED:   April 12, 2007.

                          /s/ Edmund F. Brennan
                          EDMUND F. BRENNAN
                          UNITED STATES MAGISTRATE JUDGE