IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WAYLAND DEE KIRKLAND,** | 2:07-cv-00507-FCD EFB |
| Petitioner, | **ORDER** |
| v. | |
| **C. E. FINN,** | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On May 11, 2007, respondent filed a request for an extension of time in which to file an answer.

Accordingly, IT IS HEREBY ORDERED that respondent is granted a 22-day extension of time, to and including June 4, 2007, to file an answer in this matter.

DATED:  May 21, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE